## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR319** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **BRANDON REYNOLDS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for release from detention and to continue the sentencing hearing (Filing No. 40).

IT IS ORDERED that the Defendant's motion for release from detention and to continue the sentencing hearing (Filing No. 40) is denied.

DATED this 16th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge